## IN THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **LATICIA FARLEY,** | : | |
| **Plaintiff,** | : | **CIVIL ACTION** |
| | : | |
| **v.** | : | |
| | : | |
| **PHILADELPHIA HOUSING** | : | |
| **AUTHORITY, ET AL.,** | : | **No.  02-5129** |
| **Defendants.** | : | |

## ORDER

**AND NOW**, this        day of **February, 2003**, upon consideration of Plaintiff Laticia Farley's Motion to Enforce Settlement Agreement, it is hereby **ORDERED** that:

1.  The parties having filed a Stipulation in Settlement on October 21, 2002 that stated that "this matter shall be marked settled, discontinued and ended," and the Clerk of Court having closed this case on October 22, 2002, Plaintiff's Motion to Enforce Settlement Agreement (Document No. 8) is **DENIED**.

2.  Plaintiff's Motion to Enforce Settlement is **DENIED** without prejudice to Plaintiff's right to initiate proceedings to execute on a federal judgment in the appropriate state court.

**BY THE COURT:**

_____

**Berle M. Schiller, J.**