## IN THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| LATICIA FARLEY, | : |
|       Plaintiff | : |
| | :   CIVIL ACTION |
|     vs. | : |
| | :   NO. 02-5129 |
| PHILADELPHIA HOUSING AUTHORITY, | : |
|   et al., | : |
|       Defendants | : |

## NOTICE OF APPEAL

Notice is hereby given that Laticia Farley, plaintiff in the above-named case, hereby appeals to the United States Court of Appeals for the Third Circuit from an order denying the plaintiff's motion to enforce the settlement agreement entered in this action on the 26th day of February, 2003.

_____
MICHAEL DONAHUE
Counsel for Plaintiff

Community Legal Services, Inc.
1424 Chestnut Street
Philadelphia, PA 19102
(215) 981-3700

DATED:     March 19, 2003