IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

Laticia Farley

02-5129
District Court Docket Number

vs.

Philadelphia Housing Authority

Notice of Appeal Filed 3/19/03
Court Reporter(s)/ESR Operator(s)          Esr


Filing Fee:
    Notice of Appeal __Paid  _x_ Not Paid   __Seaman
    Docket Fee        __Paid  _x_ Not Paid   __USA/VI

CJA Appointment (Attach Copy of Order)

__Private Attorney
__Defender Association or Federal Public Defender
__Motion Pending


Leave to Proceed In Forma Pauperis status, if applicable: (Attach copy of the Order)

_x_ Motion Granted
__Motion Denied
__Motion pending before district judge


Certificate of probable cause (state habeas corpus): (Attach copy of the Order)

__Granted
__Denied
__Pending

CC:




                                              Defendant's Address (for criminal appeals)

_____
_____


                                        Prepared by : _____
                                                    Joe Lavin,Deputy Clerk Signature/Date

PLEASE APPEND TO THE NOTICE OF APPEAL AND FORWARD TO
THE OFFICE OF THE CLERK, U.S. COURT OF APPEALS

notapp.frm